169 A.3d 989

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TROY J. ROBINSON, DEFENDANT–MOVANT.

June 22, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for reconsideration as within time (M–902) is granted.

169 A.3d 990

ESTATE OF LAGANO, PLAINTIFF–MOVANT, v. BERGEN COUNTY PROSECUTOR'S OFFICE, DEFENDANT–RESPONDENT.

June 22, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for leave to appeal as within time (M–1330) is granted.